JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>    v. )<br>WILLIAM JOSEPH LITTLE, JR., )<br>      Defendant. )<br>_____) | No. CR 08-0244 DLJ (WDB)<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL CLOCK AND ORDER |

The parties, Defendant William Joseph Little, Jr., represented by counsel of record, and the United States, stipulate and agree to exclude time between April 29, 2008 through and including May 23, 2008, the date of the next scheduled court appearance before United States District Judge D. Lowell Jensen, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), to allow the parties sufficient time to produce and review discovery.

Dated: April 29, 2008                 /s/
                                                  CLAIRE LEARY
                                                  Attorney for Defendant Little

Dated: April 29, 2008                 /s/
                                                  STEPHEN G. CORRIGAN
                                                  Assistant United States Attorney

STIPULATION AND ORDER
TO EXCLUDE TIME
CR 08-0244 DLJ

## ORDER

Good cause appearing, it is ordered that as for defendant William Joseph Little, Jr., the time between April 29, 2008 and May 23, 2008 is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), to allow the parties sufficient time to produce and review discovery materials, in that the ends of justice served by this exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 29, 2008.

_____
WAYNE D. BRAZIL
United States Magistrate Judge