CLAIRE M. LEARY
912 Cole Street, Suite 347
San Francisco, California 94117
Phone: (415) 225-4640
Fax:     (510) 351-1636

Counsel for Defendant William Joseph Little

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-244 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| vs. ) | MOTIONS FILING AND |
| ) | HEARING DATES |
| Joseph Lawrence Williams, William Joseph ) | |
| Little, and Keith Aaron Vann, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The undersigned hereby agree and stipulate that the motions filing and hearing dates in the above-entitled matter be continued and modified as follows: the defendants will file motions on May 15, 2009, the Government will respond on May 29, 2009, and the Defendants will reply on June 5, 2009. The hearing date currently set for May 22, 2009, is vacated. Motions will, instead be heard on June 12, 2009, at 11:00 am.

This continuance is necessary because discovery is ongoing and counsel needs time to review the discovery and to use it to prepare motions. Therefore, a Speedy Trial exclusion pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) is agreed upon because

1  time is needed for effective preparation.

2  Dated: April 23, 2009            ___/s/_Claire Leary_____

3  Claire Leary

4  Counsel for Defendant William Little

5

6  Dated: April 23, 2009            ___/s/Geri Green_____

7  Geri Green

8  Counsel for Defendant Lawrence Williams

9  Dated: April 23, 2008             ___/s/ George Boisseau

10  George Boisseau

11  Counsel for Defendant Keith Van

12

13

14  Dated: April 23, 2008            ___/s/Stephen Corrigan

15  Assistant United States Attorney

16

17                                  O R D E R

18     It is so ordered.  The motions hearing in the above-entitled matter is moved to June

19  12, 2009, at 11:00 am.  The motions schedule is as follows:  Defense motions – May 15,

20  2009; Government Response – May 29, 2009; Defense Reply – June 5, 2009.  Time is

21

22  excluded pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) for effective preparation.

23  Dated: April  24 , 2009

24

25

26  D. Lowell Jensen

27  United States District Judge

28