1   GERI LYNN GREEN
    Green & Green, LLP
2   155 Montgomery Street, Suite 901
    San Francisco, CA 94104
3   T: (415) 982-2600
    F: (415) 358-456
4   greenlaw700@gmail.com
    Counsel for Defendant Williams
5
    CLAIRE LEARY
6   912 Cole Street, Suite 347
    San Francisco, California 94117
7   T: (415) 255-4640
    F: (510) 351-1636
8   atyleary@aol.com
    Counsel for Defendant Little
9

10              IN THE UNITED STATES DISTRICT COURT
11
         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                         OAKLAND DIVISION
13

14

15  UNITED STATES OF AMERICA,          )   No. CR 08-0244 DLJ
                                        )
16           Plaintiff,                 )   Stipulation and ~~Proposed~~ Order
                                        )   Changing Motions Filing and
17      vs.                             )   Hearing Dates
                                        )
18  JOSEPH LAWRENCE WILLIAMS,           )
    WILLIAM JOSEPH LITTLE, JR.          )
19                                      )
             Defendants.                )
20  _____ )

21          The undersigned hereby stipulate that the motions filing dates in the above-entitled matter be

22  modified as follows: the Defendants will file first tier motions, or facial attacks on the indictment on

23  May 22, 2009.  The Government will respond on June 5, 2009.  The defense will reply on June 12,

24  2009.  The hearing will be moved from June 12, 2009, to June 19, 2009.  This continuance is sought

25  because the defense inadvertently calendared  the due date for the filing of the motions.

26          Discovery is ongoing in this matter.  The parties may request, in the near future, a status hearing

27  date to address the fast-approaching June 29, 2009, trial date in this matter.  Mr. Van and his counsel

28

are not included in this stipulation, because they are scheduled to appear before the Court tomorrow,

_____/s/_____

Dated: May 21, 2009                         CLAIRE LEARY
                                            Counsel for Defendant Little

_____/s/_____
Dated: May 21, 2009                         GERI LYNN GREEN
                                            Counsel for Defendant Williams

_____/s/_____
Dated: May 21, 2009                         STEPHEN CORRIGAN
                                            Assistant United States Attorney

O R D E R

        Good cause appearing therefor, IT IS SO ORDERED.  The motions hearing date in the above-entitled matter is hereby moved to June 19, 2009.  The June 12, 2009 motions hearing date is hereby vacated.  Defense is to file motions on May 22, 2009.  The Government will respond on June 5, 2009, and the Defense will reply on June 12, 2009.

_____

Dated: May 22, 2009                         D. Lowell Jensen
                                            United States District Judge

Stipulation and Proposed Order changing motions hearing and filing date
No. CR-08-0244 DLJ                          Page 2