Claire M. Leary
912 Cole Street, Suite 347
San Francisco, CA 94117
Telephone: (415) 225-4640
Fax:  (510) 351-1636

Attorney for William "Joe" Little, Jr.

## In the United States District Court

## For the Northern District of California

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Lawrence Joseph Williams, William "Joe" Little, Jr., and Keith Vann.<br><br>                    Defendants. | CR 08-244 DLJ<br><br>Stipulation and ~~Proposed~~ Order Continuing Motions Hearing And Status Conference Date<br><br>Request to Continue to:<br>September 4, 2009<br>Time:   11:00 |

The undersigned hereby stipulate to the following briefing and hearing schedule for Defendant Little's Motion to Dismiss for Breach of Plea Agreement. Mr. Little will file an amended motion to dismiss on August 7, 2009; the Government will respond on August 21, 2009; and Defendant Little will reply on August 28, 2009. The Motion to Dismiss will be heard on September 4, 2009 at 11:00.  The Court will also hold a status conference at that time as to all defendants.

The parties hereby stipulate that time is excluded until September 4, 2009, pursuant to 18 U.S.C. section 3161(h)(1)(F) because the initial motion to dismiss is still on file and pending before the Court, and pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv)

For adequate preparation and continuity of counsel because Ms. Stiglich is newly
appointed to the case.

Dated:  July 31, 2009                    _/s/_____
                                         CLAIRE M. LEARY
                                         Counsel for Defendant Little


Dated:  July 31, 2009                    _/s/_____
                                         GERI LYNN GREEN
                                         Counsel for Defendant Williams


Dated:   July 31, 2009                   __/s/_____
                                         LIDIA STIGLICH
                                         Counsel for Defendant Keith Van


Dated:  July 31, 2009                    __/s/_____
                                         STEPHEN CORRIGAN
                                         Assistant United States Attorney


                                O R D E R

     Good cause appearing therefore, IT IS SO ORDERED:  The Motion to Dismiss
will be heard on September 4, 2009, at 11:00 a.m.  and the above-stated briefing schedule
will apply.  Time is excluded until September 4, 2009, for the reasons stated above.

     Dated:        July 31, 2009         _____
                                         D. LOWELL JENSEN
                                         United States District Court