CLAIRE LEARY
912 Cole Street, Suite 347
San Francisco, California 94117
T: (415) 225-4640
F: (510) 351-1636
atyleary@aol.com
Attorney for Defendant William "Joe" Little

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-244 DLJ |
| ) | |
| Plaintiff, ) | Stipulation and ~~Proposed~~ Order Extending |
| ) | Severance Motion Filing Dates |
| vs. ) | One Week |
| ) | |
| JOSEPH LAWRENCE WILLIAMS, ) | Hearing to Remain Set for |
| WILLIAM "Joe" Little, ) | July 2, 2010 at 11:00 am |
| KEITH AARON VANN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   The undersigned hereby stipulate to extend Defendant Little's severance motion filing date one week to May 21, 2010.  They agree that the other filing dates will be moved forward one week.  Therefore, the Government will respond on June 4th and the Defendants will reply on June 18th.  The hearing remains set on July 2, 2010, at 11:00 am.  Defendant Vann has filed his severance motion today, May 13,

2010.  Defendant Williams is recently deceased.

It is so stipulated.

Dated: May 13, 2010           ____/s/_____
                              CLAIRE M. LEARY
                              Counsel for Defendant Little

Dated May 13, 2010            ____/s/_____
                              HUGH ANTHONY LEVINE
                              Counsel for Defendant Vann

Dated: May 13, 2010           _____
                              STEPHEN CORRIGAN
                              Assistant United States Attorney

# O R D E R

IT IS SO ORDERED.  Defendant Little will file his severance motion on May 21, 2010. The Government will respond to Defendants' severance motions on June 4, 2010.  The Defendants will reply on June 18, 2010.  The hearing remains set on July 2, 2010 at 11:00 am.

Dated: May 14, 2010           _____
                              D. LOWELL JENSEN
                              United States District Judge