1
2
3
4                    UNITED STATES DISTRICT COURT
5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                              OAKLAND DIVISION
7

8  | UNITED STATES OF AMERICA,              | Case No: CR 08-00244 SBA
9  |         Plaintiff,                     | **ORDER SETTING HEARING**
10 |    vs.                                 |
11 | JOSEPH LAWRENCE WILLIAMS,               |
12 | WILLIAM JOSEPH LITTLE, JR., and KEITH AARON VAN, |
13 |         Defendants.                    |

14

15    Defendants Joseph Lawrence Williams, William Joseph Little, Jr., and Keith Aaron
16 Van are charged in an eleven-count Indictment with violations of: 18 U.S.C. § 1349—
17 Conspiracy to Commit Mail Fraud and Wire Fraud; 18 U.S.C. § 1341—Mail Fraud, 18
18 U.S.C. § 1343—Wire Fraud; 18 U.S.C. § 1956(a)(1)(A)(i)—Money Laundering-
19 Promotion; and 18 U.S.C. § 1957(a)—Money Laundering-Expenditure.  Since the inception
20 of the case, the Honorable D. Lowell Jensen has presided over the action.  However, on
21 October 3, 2011, the action was reassigned to this Court.  Dkt. 168.
22    While the action was pending before Judge Jensen, Defendant Vann filed a pro se
23 motion to dismiss and Defendant Williams filed a motion to sever.  Dkt. 156, 162.  Judge
24 Jensen did not resolve either motion.  Upon reassignment, Williams renoticed his motion
25 on this Court's calendar for October 31, 2011.  Vann did not renotice his motion.
26 Accordingly,
27
28

1  IT IS HEREBY ORDERED THAT the hearing on Vann's motion to dismiss and
2  Williams' motion to sever will take place on <u>November 14, 2011 at 1:00 p.m.</u>  Time under
3  the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).
4  IT IS SO ORDERED.
5  Dated: October 28, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge