1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSEPH LAWRENCE WILLIAMS,<br>WILLIAM JOSEPH LITTLE, JR., and<br>KEITH AARON VANN,<br><br>        Defendants. | Case No:  CR 08-00244  SBA<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO FILE AMENDED PRETRIAL DOCUMENTS AND ORDER GRANTING MOTIONS**<br><br>Dkt. 244 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    The unopposed Joint Motion for Leave to File Motion to Exclude Time Under the Speedy Trial Act and to File Amended Pretrial Documents and the underlying requests are GRANTED.

2.    The United States shall separately file its Third Amended Trial Exhibit List within two days of the date this order is filed.

3.    Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), time is excluded under the Speedy Trial Act from November 26, 2011 to December 11, 2012.  The Court finds that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant Little in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    IT IS SO ORDERED.

Dated:  October 29, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNDER SEAL et al,

        Plaintiff,

  v.

UNDER SEAL et al,

        Defendant.

_____/

                               Case Number: CR08-00244 SBA

                         **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Aaron Vann
c/o 35 Shadow Mountain Street
Oakland, CA 94605

Dated: October 30, 2012

                        Richard W. Wieking, Clerk

                           By: Lisa Clark, Deputy Clerk